Stephen M. Uthoff, State Bar No. 145206
The Uthoff Law Corporation
111 W. Ocean Blvd., Suite 1960
Long Beach, California 90802
(562) 437-4301
fax (562)437-4341
e-mail suthoff@uthofflaw.com

Attorneys for Plaintiff
Maersk Line

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE<br><br>                    Plaintiff,<br><br>vs.<br><br>CHAU THAI dba GOLDEN EGG<br>WAREHOUSE LOGISTIC<br><br><br>                    Defendants. | Case No.<br><br>**IN ADMIRALTY**<br><br>**COMPLAINT FOR MONEY DUE UNDER<br>TARIFF & SERVICE CONTRACTS,<br>BREACH OF CONTRACT(S), GOODS<br>WARES AND SERVICES; OPEN BOOK<br>ACCOUNT** |

Maersk Line alleges that:

### FIRST COUNT

#### (For Money due Under Tariff & Service Contracts)

1.      JURISDICTION: This Court has jurisdiction under 28 U.S.C. §§1331 and 1333.  This matter arises under the laws of the United States, in particular, The Shipping Act of 1984, (as amended) 46 U.S.C. §§40101 et seq. (hereinafter "The Act"), and involves contract(s) within the jurisdiction or claims pendent or ancillary to the same.  This is an admiralty and maritime claim as it relates to collection of freight and related charges pursuant to maritime conract(s).

2.      Maersk Line (hereinafter "Plaintiff") is a common carrier by water, inter alia, in the interstate and foreign commerce of the United States as defined in The Act and was such a common carrier for the benefit of  Chau Thai dba Golden Egg Warehouse Logistic ("Defendant").

3.      Defendants, and each of them, are, and were at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its place of business or residence in this district and is and was a legal entity capable of being sued.  Each defendant is believed to be the agent or alter-ego of each remaining defendant.

4.      Venue is proper in this judicial district because it is where the claim arose and/or because defendant(s) resides or does business in the district and/or defendant(s) are aliens.

5.      Plaintiff has filed a schedule of its rates and charges and service contracts for the carriage of cargo, ocean freight, wharfage and dockage, detention and demurrage and related charges with the Federal Maritime Commission or has otherwise maintained said rates, charges, tariffs or service contracts pursuant to The Act.  Pursuant to The Act, Plaintiff is prohibited from transporting cargo for a lesser rate than that specified in its tariffs or service contracts.  The Act also prohibits Defendant from obtaining transportation or attempting to obtain transportation of cargo at lesser rates.

6.      Plaintiff transported cargo for the benefit of Defendant in the foreign commerce of the United States in the course and scope of Defendant's NVOCC and/or Freight Forwarder operations. Such transportation and services provided are evidenced by Plaintiff's service contracts, bills of lading and/or freight bills, invoices, credit agreements and freight guarantees, the terms of which are incorporated herein through this reference.  Plaintiff has fully performed its tariff and contractual obligations.  A copy of the subject bill of lading is attached as Exhibit A, the relevant invoice is attached as Exhibit B and a copy of Maersk's terms and conditions is attached as Exhibit C and made a part hereof.  The terms an conditions in Exhibit C are found on the reverse side of the hard copy bills of lading including Exhibit A and are also publicly available on plaintiff's website.

7.      Plaintiff has demanded that Defendant pay the amount due to Maersk.

8.      Defendant has knowingly and willfully failed and refused to pay Plaintiff the full amount due.

9.      Consequently, Defendant is liable to Plaintiff in the amount of $98,401.00 plus reasonable attorneys' fees and interest thereon.

**SECOND COUNT**

**(For Breach of Written Contract(s))**

10.     Plaintiff refers to paragraphs l through 9 of this complaint and incorporates them herein by this reference.

11.     Said transportation was performed pursuant to a written contract(s) of carriage and/or service contracts between Plaintiff and Defendant, as evidenced by said bills of lading and/or invoices in Exhibits A and B.

12.     Plaintiff has fully performed its obligations under said contracts except those obligations, if any, which Plaintiff was excused from performing.

13.     Plaintiff has demanded that Defendant pay the amount due under said contracts and the Defendant has refused to pay thereon.

14.     Consequently, Defendant is liable to plaintiff in the amount of $98,401.00, plus reasonable attorneys' fees and interest thereon.

**THIRD COUNT**

**(For Goods Wares and Services)**

15.     Plaintiff refers to paragraphs l through 14 of this complaint and incorporates them herein by this reference.

16.     Within the last four (4) years, Defendant became indebted to Plaintiff for goods, wares and services provided by Plaintiff to Defendant at the request of Defendant, as evidenced by Exhibits A and B for which Defendant agreed to pay plaintiff.

17.     Despite due demand, the sum of $98,401.00 is now due, owing and unpaid for said goods, wares and services.

**FOURTH COUNT**

**(For Open Book Account)**

18.     Plaintiff refers to paragraphs l through 17 of this complaint and incorporates them herein by this reference.

19.     Within the last four (4) years, Defendants became indebted to Plaintiff on an open book account, in the amount as evidenced in Exhibit B which Defendants agreed to pay.

20.    Despite due demand, the sum of $98,401.00 is now due, owing and unpaid on said open book account.

WHEREFORE, plaintiff prays for judgment against defendant as follows:

1.    For judgment in the principal amount of $98,401.00

2.    For the costs of collection, according to proof;

3.    For costs of suit incurred herein, according to proof;

4.    For pre-judgment and post-judgment interest;

5.    For reasonable attorneys' fees; and

6.    For such other and further relief as the Court deems just and proper.

DATED: November 10, 2020

THE UTHOFF LAW CORPORATION


By: s/Stephen M. Uthoff_____
    Stephen M. Uthoff
    Attorneys for Plaintiff Maersk Line

COMPLAINT

## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC: MAEU

B/L No. 563542377

| | |
|---|---|
| Shipper<br>GOLDEN EGG WAREHOUSE LOGISTIC<br>25811 CLAWITER RD<br>HAYWARD CA 94545<br>T:510-887-8833 F:510-887-8837 | Booking No.<br>563542377 |

Export references: OE-201400343

Svc Contract: 646526

Consignee
PHUONG NAM CO., LTD.
159/49/11 BACH DANG ST., WARD 2
TAN BINH DIST. HOCHIMINH CITY, VIETNAM
T: 84-8-38486341 F:84-8-38485053

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Notify Party (see clause 22)
SAME AS CONSIGNEE

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel<br>GERDA MAERSK | Voyage No.<br>142N | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading<br>Los Angeles CA | Port of Discharge<br>CAT LAI,VIETNAM | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD GERDA MAERSK \ 142N ON 2014-06-18 AT Los Angeles CA<br><br>2 containers said to contain 2 BULK<br><br>PLASTIC SCRAP<br>50,446.79 KGS<br>NOEEI 30/37(A)<br><br>PONU7934587  40 DRY 9'6  1 BULK  55780.000 US LBS<br>Shipper Seal : 0604366<br>MSKU0498943  40 DRY 9'6  1 BULK  55435.000 US LBS<br>Shipper Seal : 0604370<br>THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.<br>DIVERSION CONTRARY TO U.S.LAW PROHIBITED.<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>ALSO NOTIFY: PHUONG NAM CO., LTD.<br>159/49/11 BACH DANG ST., WARD 2 | 111215.000 US LBS | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>2 containers | Place of Issue of Waybill<br>The Woodlands |
| Shipped on Board Date ( Local Time )<br>2014-06-18 | Date Issue of Waybill<br>2014-12-12 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
GOLDEN EGG WAREHOUSE LOGISTICS
CLAWITER RD
Hayward CA
94545

This transport document has one or more numbered pages

Signed for the Carrier A.P. Møller - Mærsk A/S trading as Maersk Line

*Kevin C. Iley*

Maersk Agency U.S.A., Inc - Woodlands
As Agent(s) for the Carrier

CERTIFIED TRUE COPY ARCHIVE COPY

**Exhibit A**

TAN BINH DIST. HOCHIMINH CITY, VIETNAM
T: 84-8-38486341 F:84-8-38485053

CY/CY

ARCHIVE COPY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

**Exhibit A**

# MAERSK
## LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# Original
# DEMURRAGE INVOICE Number: 5253493612

| | | | |
|---|---|---|---|
| Bill-to Party : | GOLDEN EGG WAREHOUSE LOGISTICS<br>25811 CLAWITER RD<br>HAYWARD CA 94545 | Invoice Date:<br>Due Date: | 02-05-2018<br>02-05-2018 |
| | | Payment terms: | Payable immediately |
| Attention of: | ACCOUNTS PAYABLE | | |
| On behalf of : | GOLDEN EGG WAREHOUSE LOGISTICS<br>25811 CLAWITER RD<br>HAYWARD CA 94545 | Our Contact:<br>Our Telephone: | Uthoff Corporation<br>1-8007688714 |
| Customer No : | US01122506 | | |

Maersk Agency U.S.A., Inc. as agent for carrier Maersk Line A/S
Esplanaden 50, DK 1263 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12732260 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 98,401.00 |
| 0% Non EU services VAT | 0.00 % | 98,401.00 | 0.00 |
| **Amount Due** | | | **98,401.00** |

## Bill of Lading Number: 563542377   Your Reference:

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| Place of Receipt: Los Angeles | Place of Delivery: Ho Chi Minh City | GERDA MAERSK | 142N |
| ETD:  18-Jun-2014 | ETA: 03-Aug-2014 | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 07-27-2015 | 07-30-2015 | 4 | DAY | | |
| Demurrage Fee | PONU7934587 | 40 HDRY | 07-31-2015 | 12-20-2017 | 874 | DAY | 1.00000 | 98,401.00 |
| Activity Location: | VNSGNCL | | | | | | | |

3 DAY(s) / 22.80 USD per DAY
7 DAY(s) / 41.80 USD per DAY
15 DAY(s) / 83.60 USD per DAY
160 DAY(s) / 114.00 USD per DAY
335 DAY(s) / 114.00 USD per DAY
354 DAY(s) / 114.00 USD per DAY

| | |
|---|---|
| **Total Due:** | 98,401.00 |

# Exhibit B

# MAERSK
## LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## DEMURRAGE INVOICE Number: 5253493612

* Service Contract Number: 646526
* Contact us at MyFinance@maersk.com for more information
* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only-

Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* View, print, dispute and pay your invoices in MyFinance on https://my.maerskline.com Alternatively, to dispute an invoice
you can also send an email to "Disputes@maersk.com"
* Due to the recent impact on our systems, the charges reflected on this invoice may be subject to changes

**Exhibit B**

# 1. DEFINITIONS

# 2. CARRIER'S TARIFF

# 3. WARRANTY

# 4. SUB CONTRACTING

# 5. CARRIER'S RESPONSIBILITY – OCEAN TRANSPORT

# 6. CARRIER'S RESPONSIBILITY MULTIMODAL TRANSPORT

# 7. COMPENSATION AND LIABILITY PROVISIONS

# 8. GENERAL

# 9. NOTICE OF LOSS, TIME BAR

# 10. APPLICATION OF TERMS AND CONDITIONS

# 11. SHIPPER-PACKED CONTAINERS

# 12. PERISHABLE CARGO

# 13. DESCRIPTION OF GOODS

# 14. MERCHANT'S RESPONSIBILITY

# 15. FREIGHT, EXPENSES AND FEES

# 16. OPTIONAL STOWAGE, DECK CARGO AND LIVESTOCK

# 17. METHODS AND ROUTE OF CARRIAGE

# 18. LIEN

# 19. BOTH TO BLAME COLLISION CLAUSE

# 20. GENERAL AVERAGE AND SALVAGE

# 21. DANGEROUS GOODS

# 22. NOTIFICATION, DISCHARGE AND DELIVERY

# 23. MATTERS AFFECTING PERFORMANCE

# 24. VARIATION OF THE CONTRACT AND VALIDITY

# 25. LAW AND JURISDICTION

Exhibit

Revised January 2013